| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Diana E | U.S.Court of Appeals (8th Cir) | 05/09/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 300 S. Fourth Street, 11E Minneapolis, MN 55415 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Bush Foundation |
| 2. Trustee | University of Minnesota Foundation |
| 3. Trustee | University of St. Thomas |
| 4. Director | Association of Governing Boards of Universities and Colleges |
| 5. Member of Governing Board | Hill Monastic Manuscript Library |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE REPORT 2006 MAY 15 A 11: 34 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | Pentagon City, VA, May 14-16, board mtg (transportation, hotel and meals) |
| 2. Southern Methodist University Law School | Dallas, TX, March 28-30, lecture & moot court (transportation, hotel and meals) |
| 3. Association of Governing Boards of Universities and Colleges | St. Petersburg, FL, Jan. 19-21, meeting speaker (hotel and meals) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ind'l Retirement Acct ▬▬▬ (USBonds) | | | | | | | | | |
| 2. ▬▬ NTL Tax Free MM Fund, | | | | | | | | | |
| 3. ▬▬ Ntl Tax Free MM Fund, | | | | | | | | | |
| 4. Checking Acct, ▬▬ | | | | | | | | | |
| 5. Trust, ▬▬ (mun bds & cash eq) | | | | | | | | | |
| 6. IRA ▬▬ (USBonds) | | | | | | | | | |
| 7. Bond - U.S. Treasury Notes | | | | | | | | | |
| 8. Bond - Burnsville, MN | | | | | | | | | |
| 9. U.S. Treasury Bond | | | | | | | | | |
| 10. U.S. Treasury Bond | | | | | | | | | |
| 11. U.S. Treasury Bond | | | | | | | | | |
| 12. Tax-exempt MM Fund, ▬▬ | | | | | | | | | |
| 13. Tax-exempt MM Fund, ▬▬ | | | | | | | | | |
| 14. Bond - Maple Grove, MN | | | | | | | | | |
| 15. Bond - Maple Grove, MN | | | | | | | | | |
| 16. Bond - Maple Grove, MN | | | | | | | | | |
| 17. Bond - St. Paul School Distict | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Treasury Bonds | ███████ | | ██████ | | | | | | |
| 19. U.S. Treasury Bonds | ███████ | | ██████ | | | | | | |
| 20. Bond - Chaska, MN | ███████ | | ██████ | | | | | | |
| 21. Bond - Chaska, MN | ███████ | | ██████ | | | | | | |
| 22. Bond - Wayzata, MN | | ████████ | | | ████████ | | | | |
| 23. Bond - Wayzata, MN | | ████████ | | | ████████ | | | | |
| 24. Bond - Burnsville, Eagan, Savage, MN | | ████████ | | | ████████ | | | | |
| 25. Bond - Minneapolis, MN | ███████████████████ | | | | | | | | |
| 26. Bond - Roseville, MN | | ██████████████████ | | | | | | | |
| 27. Bond - Stillwater, MN | | ██████████████████ | | | | | | | |
| 28. Bond - Wayzata, MN | | ████████████████ | | | | | | | |
| 29. Bond - Wayzata, MN | ██████████ | | | | | | | | |
| 30. Bond - West St. Paul, MN | | ██████████████ | | | | | | | |
| 31. Bond - Chaska, MN | █████████ | | | | | | | | |
| 32. Bond - Esko, MN | ███████████████ | | | | | | | | |
| 33. Bond - Fridley, MN | | ████████████████████ | | | | | | | |
| 34. Bond - New Prague, MN | █████████ | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D.=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*



| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - Ramsey Co., MN | | | | | | | | | |
| 36. Bond - Waseca, MN | | | | | | | | | |
| 37. Bond - Brooklyn Park, MN | | | | | | | | | |
| 38. Bond - Duluth, MN | | | | | | | | | |
| 39. Bond - Eden Prairie, MN | | | | | | | | | |
| 40. Bond - Esko, MN | | | | | | | | | |
| 41. Bond - Fairmount, MN | | | | | | | | | |
| 42. Bond - Farmington, MN | | | | | | | | | |
| 43. Bond - Fridley, MN | | | | | | | | | |
| 44. Bond - Fridley, MN | | | | | | | | | |
| 45. Bond - Grand Rapids, MN | | | | | | | | | |
| 46. Bond - Inver Grove Heights, MN | | | | | | | | | |
| 47. Bond - Mahtomedi, MN | | | | | | | | | |
| 48. Bond - Maple Grove, MN | | | | | | | | | |
| 49. Bond - Minneapolis, MN | | | | | | | | | |
| 50. Bond - Minneapolis, MN | | | | | | | | | |
| 51. Bond - Minneapolis, MN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond - Minnesota | | | | | | | | | |
| 53. Bond - Minnetonka, MN | | | | | | | | | |
| 54. Bond - Minnetonka, MN | | | | | | | | | |
| 55. Bond - Montivideo, MN | | | | | | | | | |
| 56. Bond - New Prague, MN | | | | | | | | | |
| 57. Bond - North St. Paul, MN | | | | | | | | | |
| 58. Bond - Ramsey Co., MN | | | | | | | | | |
| 59. Bond - Roseville, MN | | | | | | | | | |
| 60. Bond - Roseville, MN | | | | | | | | | |
| 61. Bond - Triton Scl Dist | | | | | | | | | |
| 62. Bond - Waseca, MN | | | | | | | | | |
| 63. Bond - Wayzata, MN | | | | | | | | | |
| 64. Bond - Fridley, MN | | | | | | | | | |
| 65. Bond - Hutchinson, MN | | | | | | | | | |
| 66. Bond - Luverne, MN | | | | | | | | | |
| 67. Bond - Minneapolis, MN | | | | | | | | | |
| 68. Bond - St. Francis, MN | | | | | | | | | |



| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Bond - Albert Lea, MN | ███████ | | | | | | | | |
| 70. Bond - Chisasgo Lakes ISD, MN | ███████ | | | | | | | | |
| 71. Bond - Minnesota | ███████ | | | | | | | | |
| 72. Bond - Northfield, MN | ███████ | | | | | | | | |
| 73. Bond - St. Paul, MN | ███████ | ███████ | | | | | | | |
| 74. Bond - Sartell, MN | ███████ | | | | | | | | |
| 75. Bond - Woodbury, MN | ███████ | | | | | | | | |
| 76. Bond - Albert Lea, MN | ███████ | | | | | | | | |
| 77. Bond - Chisago Lakes ISD, MN | ███████ | | | | | | | | |
| 78. Bond - Duluth, MN | ███████ | | | | | | | | |
| 79. Bond - Lakeville, MN | ███████ | | | | | | | | |
| 80. Bond - Minnesota | ███████ | | | | | | | | |
| 81. Bond - Minnesota HGR ED | ███████ | | | | | | | | |
| 82. Bond - Northfield, MN | ███████ | | | | | | | | |
| 83. Bond - St. Paul, MN | ███████ | | | | | | | | |
| 84. Bond - Sartell, MN | ███████ | | | | | | | | |
| 85. Bond - Woodbury, MN | ███████ | | | | | | | | |



| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Bond - Bemidji, MN | | | | | | | | | |
| 87. Bond - Buffalo, MN | | | | | | | | | |
| 88. Bond - Burnsville, MN | | | | | | | | | |
| 89. Bond - Fairmont, MN | | | | | | | | | |
| 90. Bond - Forest Lake City, MN | | | | | | | | | |
| 91. Bond - Forest Lake City, MN | | | | | | | | | |
| 92. Bond - Hennepin | | | | | | | | | |
| 93. Bond - Maple Grove, MN | | | | | | | | | |
| 94. Bond - Maple Grove, MN | | | | | | | | | |
| 95. Bond - Maple Grove, MN | | | | | | | | | |
| 96. Bond - Minneapolis, MN | | | | | | | | | |
| 97. Bond - Minneapolis, MN | | | | | | | | | |
| 98. Bond - Minneapolis, MN | | | | | | | | | |
| 99. Bond - Minneapolis, MN | | | | | | | | | |
| 100. Bond - Minneapolis, MN | | | | | | | | | |
| 101. Bond - MSP Airport | | | | | | | | | |
| 102. Bond - North St. Paul | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bond - Rosemount, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 104. Bond - Rosemount, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 105. Bond - St. Paul, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 106. Bond - Bloomington, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 107. Bond - Golden Valley, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 108. Bond - Grand Meadow, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 109. Bond - Maplewood, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 110. Bond - Maplewood, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 111. Bond - Pipestone, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 112. Bond - Ramsey Cty, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 113. Bond - Rockford, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 114. Bond - St. Louis Park, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 115. Bond - St. Paul, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 116. Bond - So. St. Paul, MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 117. Bond - Ulen-Hitterdal Dst. MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 118. Bond - Ulen-Hitterdal Dst. MN | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |
| 119. Bond - US Treasury | ▓▓▓▓▓▓ | | ▓▓▓▓▓ | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 = $25,000,001 - $50,000,000 | R = Cost (Real Estate Only) | P4 = More than $50,000,000 | T = Cash Market | |
| | Q = Appraisal | V = Other | S = Assessment | | |
| | U = Book Value | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bond - Bloomington, MN | | | | | | | | | |
| 121. Bond - Brooklyn Park, MN | | | | | | | | | |
| 122. Bond - Chaska, MN | | | | | | | | | |
| 123. Bond - Golden Valley, MN | | | | | | | | | |
| 124. Bond - Lakeville, MN | | | | | | | | | |
| 125. Bond - Maplewood, MN | | | | | | | | | |
| 126. Bond - Pipestone, MN | | | | | | | | | |
| 127. Bond - Pipestone, MN | | | | | | | | | |
| 128. Bond - Ramsey Cty, MN | | | | | | | | | |
| 129. Bond - Rockford, MN | | | | | | | | | |
| 130. Bond - St. Louis Park, MN | | | | | | | | | |
| 131. Bond - St. Paul, MN | | | | | | | | | |
| 132. Bond - So. St. Paul, MN | | | | | | | | | |
| 133. Bond - Ulen-Hitterdal Dst, MN | | | | | | | | | |
| 134. Bond - Ulen-Hitterdal Dst, MN | | | | | | | | | |
| 135. Bond - Bloomington, MN | | | | | | | | | |
| 136. Bond - St. Paul, MN | | | | | | | | | |



| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bond - Sub Hennepin Cty., MN | | | | | | | | | |
| 138. Bond - Andover, MN | | | | | | | | | |
| 139. Bond - Bloomington, MN | | | | | | | | | |
| 140. Bond - Chaska, MN | | | | | | | | | |
| 141. Bond - Dakota Cty, MN | | | | | | | | | |
| 142. Bond - Elk River, MN | | | | | | | | | |
| 143. Bond - Farmington, MN | | | | | | | | | |
| 144. Bond - Minneapolis Metropolitan Airports | | | | | | | | | |
| 145. Bond - Northfield, MN | | | | | | | | | |
| 146. Bond - St. Louis Cty, MN | | | | | | | | | |
| 147. Bond - St. Paul, MN | | | | | | | | | |
| 148. Bond - Stillwater, MN | | | | | | | | | |
| 149. Bond - Sub Hennepin Cty, MN | | | | | | | | | |
| 150. Bond - Hopkins, MN | | | | | | | | | |
| 151. Bond - Andover, MN | | | | | | | | | |
| 152. Bond - Brooklyn Center, MN | | | | | | | | | |
| 153. Bond - Hennepin County, MN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bond - Hopkins, MN | | | | | | | | | |
| 155. Bond - Lakeville, MN | | | | | | | | | |
| 156. Bond - Minneapolis, MN | | | | | | | | | |
| 157. Bond - Olmsted County | | | | | | | | | |
| 158. Bond - St. Paul, MN | | | | | | | | | |
| 159. Bond - Woodbury, MN | | | | | | | | | |
| 160. Bond - Minneapolis, MN | | | | | | | | | |
| 161. Bond - Moorhead, MN | | | | | | | | | |
| 162. Bond - Richfield, MN | | | | | | | | | |
| 163. Bond - Dakota County, MN | | | | | | | | | |
| 164. Bond - Edina, MN | | | | | | | | | |
| 165. Bond - Golden Valley, MN | | | | | | | | | |
| 166. Bond - Hennepin Cty, MN | | | | | | | | | |
| 167. Bond - Mahtomedi, MN | | | | | | | | | |
| 168. Bond - Maplewood, MN | | | | | | | | | |
| 169. Bond - Minneapolis, MN | | | | | | | | | |
| 170. Bond - Minneapolis, MN | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bond - Minneapolis, MN | | | | | | | | | |
| 172. Bond - Minnesota | | | | | | | | | |
| 173. Bond - Moorhead, MN | | | | | | | | | |
| 174. Bond - Osakis, MN | | | | | | | | | |
| 175. Bond - Otsego, MN | | | | | | | | | |
| 176. Bond - Prior Lake, MN | | | | | | | | | |
| 177. Bond - Ramsey Cty, MN | | | | | | | | | |
| 178. Bond - Richfield, MN | | | | | | | | | |
| 179. Bond - St. Paul, MN | | | | | | | | | |
| 180. Bond - St. Paul, MN | | | | | | | | | |
| 181. Bond - St. Paul Park, MN | | | | | | | | | |
| 182. Bond - Sherburne Cty, MN | | | | | | | | | |
| 183. Bond - St. Paul, MN | | | | | | | | | |
| 184. Bond - Minneapolis, MN | | | | | | | | | |
| 185. Bond - Hennepin Cty, MN | | | | | | | | | |
| 186. Bond - Minnetonka, MN | | | | | | | | | |
| 187. Bond - Bloomington, MN | | | | | | | | | |



| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bond - Bloomington, MN | | | | | | | | | |
| 189. Bond - Champlin, MN | | | | | | | | | |
| 190. Bond - Chaska, MN | | | | | | | | | |
| 191. Bond - Chaska, MN | | | | | | | | | |
| 192. Bond - Elk River, MN | | | | | | | | | |
| 193. Bond - Lake Elmo, MN | | | | | | | | | |
| 194. Bond - Lakeville, MN | | | | | | | | | |
| 195. Bond - Minnetonka, MN | | | | | | | | | |
| 196. Bond - Mounds View, MN | | | | | | | | | |
| 197. Bond - Northfield, MN | | | | | | | | | |
| 198. Bond - Saint Anthony, MN | | | | | | | | | |
| 199. Bond - St. Louis Park, MN | | | | | | | | | |
| 200. Bond - Shakopee, MN | | | | | | | | | |
| 201. Bond - Washington Cty, MN | | | | | | | | | |
| 202. Bond - West St. Paul, MN | | | | | | | | | |
| 203. Bond - Anoka, MN | | | | | | | | | |
| 204. Bond - Bloomington, MN | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Bond - Brooklyn Park, MN | | | | | | | | | |
| 206. Bond - Edina, MN | | | | | | | | | |
| 207. Bond - Golden Valley, MN | | | | | | | | | |
| 208. Bond - Golden Valley, MN | | | | | | | | | |
| 209. Bond -Inver Grove Heights, MN | | | | | | | | | |
| 210. Bond - Maple Grove, MN | | | | | | | | | |
| 211. Bond - Rosemount, MN | | | | | | | | | |
| 212. Bond - Anoka, MN | | | | | | | | | |
| 213. Bond - Bloomington, MN | | | | | | | | | |
| 214. Bond - Brooklyn Park, MN | | | | | | | | | |
| 215. Bond - Dayton, MN | | | | | | | | | |
| 216. Bond - Elk River, MN | | | | | | | | | |
| 217. Bond - Golden Valley, MN | | | | | | | | | |
| 218. Bond - Golden Valley, MN | | | | | | | | | |
| 219. Bond - Golden Valley, MN | | | | | | | | | |
| 220. Bond - Inver Grove Heights, MN | | | | | | | | | |
| 221. Bond - Maplewood, MN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Bond - Minnesota | | | | | | | | | |
| 223. Bond - Rosemount, MN | | | | | | | | | |
| 224. Bond - St. Michael, MN | | | | | | | | | |
| 225. Bond - St. Michael, MN | | | | | | | | | |
| 226. Bond - Three Rivers, MN | | | | | | | | | |
| 227. Bond - Washington County, MN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____5/9/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544